UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
MARCOS ESTEVEZ,,                    )
                                    )
        <u>Plaintiff</u>,                  )
                                    )
v.                                  )   Civil Action No. 09-11731-LTS
                                    )
CITY OF LAWRENCE, et al.,           )
                                    )
        <u>Defendants</u>.                 )
_____ )


<u>ORDER ON PENDING DISCOVERY AND SCHEDULING MOTIONS</u>

October 22, 2010

SOROKIN, M.J.

      The Motion to File an Amended Complaint (Docket # 34) is ALLOWED IN PART.  The Motion is DENIED with respect to the claims against Officer Sapienza.  The statute of limitations has run and Plaintiff has not established compliance with Fed. R. Civ. P. 15(c), in particular Rule 15(c)(1)(C).  The Motion is also DENIED with respect to proposed Count 9, insofar as that Count names municipal employees in the employees' individual capacities.  <u>See</u> Electronic Order dated May 12, 2010 (allowing as unopposed officers' motion for judgment on the pleadings as to Plaintiff's negligence count).  In all other respects, the Motion to File an Amended Complaint is ALLOWED.

      In light of the entire record before the Court, Plaintiff has established good cause in support of enlarging the discovery period, accordingly, the Motion for Extension of Time

(Docket #35) is ALLOWED as follows and in all other respects DENIED:

>   Fact Discovery - November 8, 2010
>   Expert Disclosure (Plaintiff) - December 8, 2010
>   Expert Disclosure (Defendant) - January 8, 2011
>   Expert Depositions - February 8, 2011.

The Court will hold a status conference in this matter on **February 15, 2010 at 2:00** p.m at which time the Court will establish a schedule for dispositive motions, if necessary.

The Motion for Leave to Take more than Ten Depositions (Docket #36) is ALLOWED.

The Motion for Leave to File Supplement to Opposition (Docket #40) is ALLOWED.


     /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE