1  Q.        And where were you when you woke up on that
2  day?
3  A.        I was at my girlfriend's house.  171 Union
4  Street in Lawrence.
5  Q.        And what's her name?
6  A.        Betty Candelario.
7  Q.        So at that time in October of 2006 were you
8  married to Betty?
9  A.        No.
10 Q.        When did you become estranged from Betty?
11 A.        What do you mean "estranged"?
12 Q.        When is it that you started living separately?
13 A.        Living separately?  I would say -- like -- in
14 December or January actually.
15 Q.        January of which year?
16 A.        I would say -- like -- December of '07.
17 Q.        Did you ever live together with Betty?
18 A.        Yeah.  I stayed there -- yeah.
19 Q.        But the address that you mentioned before in
20 Salem, New Hampshire has been your permanent address
21 since when?
22 A.        Since 2005 -- yeah -- early '06 -- January.
23 Q.        Where did you live before that?
24 A.        Before that I was in prison for 8 years.

JANEY ASSOCIATES

| | | |
|---|---|---|
| 1 | Q. | When did you start your prison sentence? |
| 2 | A. | When did I start?  I started my prison sentence October 1998. |
| 4 | Q. | And that continued through December of 2005? |
| 5 | A. | Yes. |
| 6 | Q. | Where did you serve your time? |
| 7 | A. | All over.  I did federal time so they -- they bounce you around -- like -- every 18 months or so.  I went everywhere -- Fort Dix, New Jersey, Fairton, New Jersey.  I went to Alabama.  Went to Brooklyn.  I went upstate New York. |
| 12 | Q. | What was the last facility you were in? |
| 13 | A. | Before my release I was in -- I was in a federal camp in Montgomery, Alabama. |
| 15 | Q. | Do you know what your release date is? |
| 16 | A. | What my release date was?  I want to say the 26th -- December 26th -- 26th or 27th. |
| 18 | Q. | Of 2005? |
| 19 | A. | Of '05.  Yes. |
| 20 | Q. | They don't let you out before Christmas? |
| 21 | A. | No. |
| 22 | Q. | Seems pretty mean, but. |
| 23 | A. | Well it was supposed to be -- like -- June of '06, but I did a program while I was over there. |

JANEY ASSOCIATES

| | | |
|---|---|---|
| 1 | Q. | What was the nature of the program? |
| 2 | A. | A drug program. |
| 3 | Q. | Now when you woke up on October 20th 2006, what did you do? |
| 4 | | |
| 5 | A. | What did I do? October 20th -- that's the day I got arrested, right? October 20th? |
| 6 | | |
| 7 | Q. | I believe that was your testimony earlier, yeah. |
| 8 | | |
| 9 | A. | Okay. I woke up, I worked out. Drank some coffee. Took a shower and I went out to the streets. |
| 10 | | |
| 11 | | |
| 12 | Q. | Okay. How long was your workout? |
| 13 | A. | My workout? Half an hour. |
| 14 | Q. | It is fair to say that you'd left the house by about 11 o'clock that morning? |
| 15 | | |
| 16 | A. | Yeah. |
| 17 | Q. | And where did you go? |
| 18 | A. | I went to a shop on Broadway Street. |
| 19 | Q. | And that's Broadway Street in Lawrence? |
| 20 | A. | Yes. |
| 21 | Q. | And what shop was that? |
| 22 | A. | Medina's Auto Sales. |
| 23 | Q. | Did you work at Medina's Auto Sales? |
| 24 | A. | No. |

JANEY ASSOCIATES